ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Fluor Intercontinental, Inc. | ) | ASBCA Nos. 61707, 61991 |
| | ) | |
| Under Contract No. W52P1J-07-D-0008 | ) | |

APPEARANCES FOR THE APPELLANT:     Andrew E. Shipley, Esq.
                                                          Stephen W. Preston, Esq.
                                                          Philip E. Beshara, Esq.
                                                          Elizabeth J. D'Aunno, Esq.
                                                            Wilmer Culter Pickering Hale and Dorr
                                                            Washington, DC

                                                          Patrick McCarthy, Esq.
                                                            Wilmer Culter Pickering Hale and Dorr
                                                            Arlington, VA

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
                                                            Army Chief Trial Attorney
                                                          MAJ Nicholas A. Lucchetti, JA
                                                          MAJ Seth B. Ritzman, JA
                                                            Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  March 23, 2021

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61707, 61991, Appeals of Fluor Intercontinental, Inc., rendered in conformance with the Board's Charter.

Dated: March 24, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2